AO 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations
            Sheet 1

# UNITED STATES DISTRICT COURT

### Western District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |

**KERRY  JOHN  ALLEN**

Case No.     **4:14CR40013-01**

USM No.     39250-086

_____
Tiffany E. Fields
Defendant's Attorney

## THE DEFENDANT:

X     admitted guilt to violation of condition(s) _____ listed below _____ of the term of supervision.

☐     was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | General Condition-Possession of a Firearm | April 25, 2014 |
| 2 | General Condition-New Law Violations (Poss W/I to Deliver Marijuana(2cts.), Simultaneous Poss. Of Drugs & Firearms, Poss. Of Firearm by Certain Person, Poss. of Drug Paraphernalia) in Sevier Co. Circuit Court, Dkt. No. CR2014-45-1. | April 25, 2014 |

     The defendant is sentenced as provided in pages 2 through ___2___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐     The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 9, 2015
_____
Date of Imposition of Judgment

/s/ Susan O. Hickey
_____
Signature of Judge

Honorable Susan O. Hickey, United States District Judge
_____
Name and Title of Judge

March 11, 2015
_____
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page   2    of   2

DEFENDANT:          **KERRY  JOHN  ALLEN**
CASE NUMBER:        **4:14CR40013-01**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total
**term of :          Twelve (12) Months to run consecutive to ADC sentence, Dkt. No. CR 2014-45-1,
with no supervised release to follow term of imprisonment.**

☐    The court makes the following recommendations to the Bureau of Prisons:

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at  _____  ☐ a.m.   ☐ p.m.   on  _____  .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on  _____  .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on  _____  to  _____

at  _____  with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL